Misc. No. 14–8018/AF. Sean M. Oliver, Appellant v. United States, and Brigadier General Patrick X. Mordente, in his official capacity as Commander, 86th Air Base Wing, United States Air Force, Appellees. CCA 2014–04. On consideration of the writ-appeal petition it is ordered that said petition is hereby denied without prejudice.

No. 14–0642/AR. U.S. v. Quintin D. Lewis. CCA 20121010. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 23, 2014.

No. 14–0645/AR. U.S. v. Czechoslovak T. Hicks. CCA 20121172. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 23, 2014.

Thursday, June 5, 2014

No. 14–0364/AR. U.S. v. Keith A. Jackson. CCA 20120026. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0567/AR. U.S. v. Michael C. Evans. CCA 20130251. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, we note that Specification 3 of Charge IV charged Appellant with violating clause 1 of Article 134, not clause 2. However, the providence inquiry focused on clause 2 of Article 134, and there was no discussion on the record of clause 1. This was reversible error, where Appellant was unaware of one of the elements of the offense, either explicitly or inferentially. *See United States v. Schell*, 72 M.J. 339 (C.A.A.F. 2013). Accordingly, it is ordered that said petition is granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED BY ACCEPTING APPELLANT'S PLEA OF GUILTY TO BREACH OF RESTRICTION TO THE PREJUDICE OF GOOD ORDER AND DISCIPLINE IN THE ARMED FORCES (SPECIFICATION 3 OF CHARGE IV) WITHOUT QUESTIONING APPELLANT REGARDING CLAUSE 1 OF ARTICLE 134, UCMJ.

The decision of the United States Army Court of Criminal Appeals is reversed as to Specification 3 of Charge IV, and the finding of guilty is set aside. The remaining findings are affirmed. The record is returned to the Judge Advocate

---

* It is directed that the promulgating order be corrected to reflect that Appellant was found guilty of Charge I.